

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2017

No. 04-15-00313-CR

The **STATE** of Texas,
Appellant

v.

James Burke **JARREAU** (Cross Appellant),
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On March 27, 2017, the Texas Court of Criminal Appeals issued the mandate in this appeal in which it reversed our decision and remanded the matter to this court. *State v. Jarreau*, 512 S.W.3d 352, 356 (Tex. Crim. App. 2017). Specifically, the court held the indictment provided appellee with sufficient notice to allow him "to investigate the allegations against him and establish a defense." The court stated that on remand, we are to consider "the State's remaining points of error." *Id.* at 356–57. Accordingly, we **ORDER** that the parties may file supplemental briefs in this court in light of the decision by the Texas Court of Criminals, and we note that such briefs are encouraged in this matter.

We **ORDER** the State to file its supplemental brief, if any, in this court on or before **August 23, 2017**. Appellee's supplemental brief, if any, will be due in this court thirty days after the date the State's supplemental brief is filed. If either party chooses not to file a supplemental brief, that party is **ORDERED** to notify this court of such fact in writing on or before **August 3, 2017**. If the State decides not to file a supplemental brief, appellee may still file a supplemental brief, and such brief will be due thirty days after the date the State advises this court in writing that it does not intend to file a supplemental brief.

We **order** the clerk of this court to serve copies of this order on all counsel.

_Marialyn Barnard_

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2017.



_Luz Estrada_

Luz Estrada
Chief Deputy Clerk